# United States District Court
# For The Western District of North Carolina
# Charlotte Division

In re:
Burch Company,
    Debtor

JUDGMENT IN A CIVIL CASE

---

Robert R. Dunn, Chapter 11 Trustee
    Plaintiff-Appellee,
vs.
Thomas B. Burch,
    Defendant-Appellant.

3:05-cv-240

---

Robert R. Dunn, Chapter 11 Trustee
    Plaintiff-Appellee,
vs.
Carl James Burch,
    Defendant-Appellant.

3:05-cv-241

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 5, 2006 Order.

**Signed: November 6, 2006**

Frank G. Johns, Clerk
United States District Court